## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ARTHUR R. MORALES,

    Plaintiff,

-vs-                                                    No. CIV 97-0350 LH/DJS

LOCKHEED MARTIN CORPORATION,
SANDIA CORPORATION, SANDIA NATIONAL
LABORATORIES, BOBBIE V. WILLIAMS,
ANTHONY L. THORNTON, CHARLES E.
EMERY, C. PAUL ROBINSON, and EDWARD D.
GRAHAM,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiff's Motion for Time Enlargement to Comply with Order from Motion for Summary Judgment Hearing (Docket No. 111), filed April 6, 1999. The Court, having considered the Motion, the accompanying memoranda, and the applicable law, and otherwise being fully advised, finds that the Motion is well taken in part and will be **granted in part**.

At the hearing held March 25, 1999, the Court ordered the parties to prepare and submit the Pretrial Order within 30 days. Plaintiff has not submitted his portion of the Pretrial Order. Defendant Sandia Corporation provided its portion of the Pretrial Order, as directed, on April 26, 1999.

Plaintiff seeks a ninety-day extension in which to submit the Pretrial Order. Plaintiff's *pro se* pleadings must be liberally interpreted, *Haines v. Kerner*, 404 U.S. 519, 520 (1972), but the Court

should not "assume the role of advocate," *Northington v. Jackson*, 973 F.2d 1518, 1521 (10th Cir. 1992)(citing *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991)).

The Court is not persuaded by Plaintiff's argument. Exercising its discretion, however, it will grant the Motion in part. Accordingly, Plaintiff will have until May 19, 1999, in which to submit his portion of the Pretrial Order. Further extensions of time will not be granted.

WHEREFORE,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Time Enlargement to Comply with Order from Motion for Summary Judgment Hearing (Docket No. 111), filed April 6, 1999, is **GRANTED IN PART**. Plaintiff will submit his portion of the Pretrial Order no later than May 19, 1999.

_____
**UNITED STATES DISTRICT JUDGE**
