IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTHUR R. MORALES,

    Plaintiff,

-vs-                                    No. CIV 97-0350 LH/DJS

LOCKHEED MARTIN CORPORATION,
SANDIA CORPORATION, SANDIA NATIONAL
LABORATORIES, BOBBIE V. WILLIAMS,
ANTHONY L. THORNTON, CHARLES E.
EMERY, C. PAUL ROBINSON, and EDWARD D.
GRAHAM,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiff's letter to the Court, dated April 29, 1999. This document is being treated as a Motion to Stay Proceedings and has been docketed as such, (Docket No. 118), filed May 4, 1999. The Court, having considered the Motion and the applicable law, and otherwise being fully advised, finds that the Motion to Stay Proceedings is not well taken and will be **denied as moot**.

Plaintiff seeks a stay of proceedings pending the Court's ruling on his Motion for Interlocutory Appeal of the Partial Summary Judgment Order (Docket No. 113), filed April 6, 1999. Plaintiff's *pro se* pleadings must be liberally interpreted, *Haines v. Kerner*, 404 U.S. 519, 520 (1972), but the Court should not "assume the role of advocate," *Northington v. Jackson*, 973 F.2d 1518, 1521 (10th Cir. 1992)(citing *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991)).

In an Order entered contemporaneously with this Order, the Court denies Plaintiff's Motion for Interlocutory Appeal, thereby mooting Plaintiff's Motion for Stay of Proceedings. Additionally, the Court finds no good cause to stay this matter.

WHEREFORE,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Proceedings (Docket No. 118), filed May 4, 1999, is **DENIED AS MOOT**.

_____
**UNITED STATES DISTRICT JUDGE**